IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| NATHAN WILSON, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | 1:22CV226 |
| PAUL KING, | ) ) ) | |
| Defendant. | ) | |

**ORDER**

The Order and Recommendation of the United States Magistrate Judge was filed with the court in accordance with 28 U.S.C. § 636(b) and, on April 4, 2022, was served on the parties in this action. Plaintiff filed a document which the Court construes as an objection to the Recommendation. (*See* ECF No. 6.)

The Court has appropriately reviewed the portions of the Magistrate Judge's report to which objection was made and has made a de novo determination which is in accord with the Magistrate Judge's report. The Court therefore adopts the Magistrate Judge's recommendation.

IT IS THEREFORE ORDERED that the Complaint is DISMISSED without prejudice for lack of subject-matter jurisdiction, or alternatively, pursuant to 28 U.S.C. § 1915(e)(2)(B) as frivolous and for failure to state a claim upon which relief may be granted.

A judgment dismissing this action will be entered contemporaneously with this Order.

This, the 13th day of April 2022.

/s/ Loretta C. Biggs
United States District Judge